# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2017

Stephen J. Markman,
Chief Justice

155433 & (13)(14)(15)(19)(20)(23)
(30)(34)(37)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LANCE ADAM GOLDMAN,
        Defendant-Appellant.

SC: 155433
COA: 336184
Kalamazoo CC: 2015-000503-FH

_____/

On order of the Court, the motions for immediate consideration, the motion to add new issues, and the motion for leave to supplement are GRANTED. The application for leave to appeal the February 10, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to expand the record and remaining motions for miscellaneous relief are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2017



Clerk

p0522